**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Steven W. Cerajewsjki Sr.**
228 SOUTHERN HILL DR
JOHNS CREEK,, GA 30097

xxx−xx−0006

Case No.: **17−63372−lrc**
Chapter: **7**
Judge: **Lisa Ritchey Craig**

## NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM

You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non−government proof of claim: **3/20/18**

Government proof of claim: **03/20/18**

File with:
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Use Official Form B410 to file a claim. To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  December 20, 2017

Form ntcpoc

```
                            United States Bankruptcy Court
                             Northern District of Georgia
In re:                                                                       Case No. 17-63372-lrc
Steven W. Cerajewsjki                                                        Chapter 7
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 113E-9           User: dam2                 Page 1 of 2                  Date Rcvd: Dec 20, 2017
                               Form ID: ntcpoc            Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db             +Steven W. Cerajewsjki, Sr.,    228 SOUTHERN HILL DR,    JOHNS CREEK,, GA 30097-2066
cr             +Cenlar FSB,   Attn: BK Department,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
cr             +Louis Levenson,    125 Broad Street, SW,   Atlanta, GA 30303-3419
21045324       +ABC Financial,    c/o Fitness Magagement,   PO Box 2220,    Davidson, NC 28036-2220
20897405        ARROW,   EXTERMINATORS INC,    PO BOX642,   DULUTH, GA 30096-0012
21045325       +AT & T,   Processing Center,    P.O. Box 1986,   Buffalo, NY 14240-1986
20897399       +Aig Home Loan,    c/o Phelan Hallinan Diamond,    11675 Great Oaks Way, # 375,
                 Alpharetta, GA 30022-2434
20897404       +Amy  Cerajewsjki,    295 Medridge Road,   Alpharetta, GA 30022-7981
20897408       +Central Loan,    425 Phillips Bv,   Ewing, NJ 08618-1430
20897409       +Children's Healthcare of ATL,    P.O. Box 116316,    Atlanta, GA 30368-6316
20897410       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
20897412        Creech,   505 Landlake PLaza,    Cumming, GA 30040
20897414       +Emory Clinic,    POB 102398,   Atlanta, GA 30322-0001
20897413       +Emory Clinic,    1365 Clifton Rd. NE,   Atlanta, GA 30322-1013
20897416       +Emory Johns Creek Hospital,    POB 660827,   Dallas, TX 75266-0827
21045326       +Ishia Collins,    315 West Ponce De Leon Ave,    Ste 1075,   Decatur, GA 30030-2212
20897421       +Levenson & Associates,    125 Broad Street SW,   Atlanta, GA 30303-3419
21045344        Meriweather & Tharp, LLC,    1475 Great Oaks Way Ste 125,    Alpharetta, GA 30022
20897423       +Peachford Behavoral Health Sys,    2151 Peachford Road,    Atlanta, GA 30338-6534
20897424       +Roswell Pediatric Ceneteter,    12385 Crabapple Road,    Suite 200,   Alpharetta, GA 30004-6357
20897425       +Rural/Metro,   PO Box 1022,    Wixom, MI 48393-1022
21045345       +Southern Pool & Spa,    560 Rosedown Way,   Alpharetta, GA 30022-5885
20897426       +St. Ives. Homeowners ASSN,    3000 Saint Ives Country Club,    John Creek, GA 30097-2033
21045346       +Waste Management,    PO Box 105453,   Atlanta, GA 30348-5453
21045347       +William Ney,    1360 Peachtree St NE,   Ste 1010,    Atlanta, GA 30309-3284
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Dec 20 2017 21:19:14
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
20897400       +EDI: HNDA.COM Dec 20 2017 20:53:00      American Honda Finan,   Po Box 168088,
                 Irving, TX 75016-8088
20897401       +EDI: HNDA.COM Dec 20 2017 20:53:00      American Honda Finan,   2170 Point Blvd Ste 100,
                 Elgin, IL 60123-7875
20897402       +EDI: AMEREXPR.COM Dec 20 2017 20:48:00      Amex,   Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
20897403       +EDI: AMEREXPR.COM Dec 20 2017 20:48:00      Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
20897407        EDI: BANKAMER.COM Dec 20 2017 20:48:00      Bank Of America,   Po Box 982238,
                 El Paso, TX 79998
20897406       +EDI: BANKAMER.COM Dec 20 2017 20:48:00      Bank Of America,   Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
20897411       +EDI: CITICORP.COM Dec 20 2017 20:48:00      Citicards Cbna,   Po Box 6241,
                 Sioux Falls, SD 57117-6241
20897415        EDI: HCA2.COM Dec 20 2017 20:53:00      Emory Johns Creek Hospital,    6325 Hospital Parkway,
                 Johns Creek, GA 30097-5775
20897418        EDI: GADEPTOFREV.COM Dec 20 2017 20:48:00      Georgia Department of Revenue,    P.O. Box 105499,
                 Atlanta, GA 30348-5499
20897419        EDI: IRS.COM Dec 20 2017 20:48:00      Internal Revenue Service,   401 West Peachtree Street,
                 M/S 334-D,   Atlanta, GA 30308-3539
20900456       +E-mail/Text: usagan.bk@usdoj.gov Dec 20 2017 21:19:15       U. S. Attorney,
                 600 Richard B. Russell Bldg.,    75 Ted Turner Drive, SW,   Atlanta GA 30303-3315
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20897417         Erin Kieffner
20897420*      +Internal Revenue Service,    POB 7346,   Philadelphia, PA 19101-7346
20897422      ##+Metro Atlanta Ambulance,    595 Armstrong Street,   Marietta, GA 30060-2305
                                                                                               TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 113E-9              User: dam2              Page 2 of 2              Date Rcvd: Dec 20, 2017
                                  Form ID: ntcpoc         Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              David E. Galler    on behalf of Debtor Steven W. Cerajewsjki, Sr. david@gallerlaw.com,
               Chasity@gallerlaw.com;gallercourtmail@gmail.com;r41499@notify.bestcase.com;davegaller@gmail.com
              Howard P. Slomka    on behalf of Creditor Louis   Levenson se@myatllaw.com,
               myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com
              Jordan E. Lubin    jordan.lubin@laslawgroup.com,
               christine.mcclure@laslawgroup.com;GA36@ecfcbis.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Stephen Ryan Starks    on behalf of Creditor   Cenlar FSB GAND.bankruptcy@phelanhallinan.com,
               GA.ECF@phelanhallinan.com
                                                                                             TOTAL: 5
```